# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Mays, Pro Se
357 Mays Road
Smithville, Ga. 31787
 Plaintiff

v.

W. Edward Meeks
P.O. Box 720
Leesburg Ga. 31763
 Defendant

CASE NUMBER 1:05CV02116
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 10/28/2005

## Complaint For Slander

Come now Robert Mays, Plaintiff in the above-styled action, and state his complaint as follows:

At a hearing held in Perry, Georgia on November 22, 2004, the defendant falsely accused the Plaintiff of writing Susie M. Mays will by stating, "Robert Mays who was a party to this action wrote the will."

That statement is false and defamatory.

The above statement by the defendant is found on page 14 of the hearing.

1

A copy of the hearing is attached hereto as exhibit C.

The will was witness by two (2) people and a Notary Public. Exhibit D

At a trial on October 30, 1997, a lawyer after being duly sworn said or implied that the will was good. Exhibit E.

### Conclusion

At a hearing in Perry, Georgia, November 22, 2004 the defendant made a statement, "Robert Mays who was a party to this action, wrote the will."

That statement is false and defamatory.

Also that statement cause much damage.

Wherefore, the premises considered, the the plaintiff demands judgement against the defendant in the amount of two Million Dollars, ($2,000,000.00).

Plaintiff Demands Trial by Jury.

Robert Mays, Pro se

Mr. Robert Mays
357 Mays Rd
Smithville, GA 31787-2829

Phone 1-229-874-6110

2

## Certificate of Service

I hereby certify that on this 12th day of October 2005 I served the Complaint for Slander and exhibits C thur F. was delivered by handing a copy to Attorney W. Edward Meeks.

Robert Mays, Pro Se
Robert Mays pro se