# Table of Contents

- A — Complaint for Slander
- B — Index
- C — Civil Hearing Held November 22, 2004
- D — Interrogatories to Witness to Will
- E — Trial - A Civil Trial
- F — Slander: Black's Law Dictionary
- G —
- H —
- I —
- J —
- K —
- L —
- M —
- N —
- O —
- P —
- Q —
- R —
- S —
- T —
- U —
- V —
- W —
- X —
- Y —
- Z —

05 2116

FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AVERY  READY INDEX INDEXING SYSTEM