IN THE PROBATE COURT OF LEE COUNTY

STATE OF GEORGIA

IN RE: SUSIE M. MAYS  :  CASE NO.:

# INTERROGATORIES TO WITNESS TO WILL

The following interrogatories are submitted to you under the provisions of Official Code of Georgia Ann. 53-3-21 as amended, in connection with the petition referred to above.

Attached hereto is a true photographic copy of said purported Will.

You are hereby requested to answer (yes or no) the following questions in the space provided with respect to said purported Will:

1. Is the signature "Thad Knight" on the last page of the instrument your signature?   Answer: yes

2. Is the signature "Susie M. Mays" on the instrument the signature of the deceased named above?
   Answer: yes

3. Did the deceased sign this instrument in your presence and in the presence of each other person whose signature appears as a witness to the instrument?
   Answer: yes

4. Did you witness this Will at the request of the deceased and in the presence of the deceased and in the presence of each other witness?
   Answer: yes

5. Did the deceased know that he/she was executing his/her Last Will and Testament when he/she executed this instrument?
   Answer: yes

6. Did the deceased execute this instrument voluntarily?
   Answer: yes

7. Did the deceased appear to be of sound and disposing mind and memory at the time of execution of this instrument?
   Answer: yes

05 2116

FILED
OCT 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Interrogatories To Witness To Will - Page 1

_Thad Knight_ (signature)
Signature of Witness
Mailing Address: 111 Knight Lane, Leesburg, GA. 31763
Telephone Number: 912 435-9876

Before me, the undersigned Notary Public, appeared Thad Knight, who, under oath, stated that the answers(s) he has given to the foregoing interrogatories are true and correct. This 3rd day of May, 1996.

May 3, 1997

_Elaine M. Dainer_ (signature)
Notary Public