```
                    IN THE SUPERIOR COURT OF LEE COUNTY
                            STATE OF GEORGIA


HERMAN HOUGHTON,                       )
                                       )
        Plaintiff,                     )
                                       )    CIVIL ACTION FILE
VS.                                    )
                                       )    NO.:   96V-154
                                       )
JESSIE C. MAYS,                        )
                                       )
        Defendant.                     )            COPY


                        JURY TRIAL PROCEEDINGS
                          OCTOBER 30, 1997
                    HON. R. RUCKER SMITH, JUDGE
               SOUTHWESTERN JUDICIAL CIRCUIT OF GEORGIA
                          LEESBURG, GEORGIA


APPEARANCES

For the Plaintiff              JOHN V. HARPER, ESQ.
                               Harper & Barnes
                               P.O. Box 488
                               Americus, GA    31709


For the Defendant              MR. JESSIE C. MAYS
                               357 Mays Road
                               Smithville, GA    31787


                    BRENDA C. BROWN, CCR
                       Post Office Box 1966
                       Americus, GA    31709
                         (912) 924-2456
```

05 2116

FILED
OCT 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
 1                            I N D E X
 2
 3  OPENING STATEMENTS
 4        MR. HARPER.....................................38
 5        MR. MAYS.......................................42
 6
 7  WILLIAM E. SMITH, ESQ.
 8        EXAMINATION BY MR. MAYS........................53
 9
10  JACOB L. SHIRLEY, JR., M.D.
11        EXAMINATION BY MR. MAYS........................60
12        EXAMINATION BY MR. HARPER......................62
13
14  ROBERT MAYS
15        EXAMINATION BY MR. MAYS........................68
16        EXAMINATION BY MR. HARPER......................74
17
18  ROBERT N. MAYS
19        EXAMINATION BY MR. MAYS........................86
20        EXAMINATION BY MR. HARPER......................90
21
22
23
24
25
```

```
 1    too well, either.
 2         THE COURT:              Come on in, Mr. Smith, if you
 3    would, please, sir.
 4         MR. JESSIE MAYS:        That was my first lawyer.
 5         THE COURT:              And I don't know how often
 6    you're on the witness stand.  I think you're usually on
 7    the other side.  Won't you have a seat and join us?
 8         MR. SMITH:              Thank you.
 9         THE COURT:              I believe you've been sworn,
10    have you not?
11         MR. SMITH:              I was.
12         THE COURT:              Okay.  Thank you.
13         MR. SMITH:              Pardon my attire, but I was on
14    the way out-of-town.
15         THE COURT:              Yes, sir.  I understand, as a
16    matter of fact, that you just recently received this —
17    received it this morning.
18         MR. SMITH:              I just — this morning.
19         THE COURT:              Okay.  Okay.  Mr. Mays, would
20    you care to question Mr. Smith?  Anything you want to ask
21    him?
22
23    BILLY SMITH, HAVING FIRST BEEN DULY SWORN AS A WITNESS, TOOK
24    THE STAND:
25         MR. JESSIE MAYS:        Well, I don't have anything to
```

sk him, no more than he took the case, and he said that
f it go through a — have to go through a court trial, he
asn't able to attend court and he would want to turn it
ver to somebody else. And he — he did —

    THE COURT:          Okay. Well, do you have any
uestions you want to ask him?

    (The Mays confer.)

    MR. JESSIE MAYS:    I'd like to ask him what do he
hink about the will. He saw it and he may could give
is opinion on it.

    MR. HARPER:         Your Honor, I would object to
im offering an opinion as to the validity of the will.
 think that he's here to answer fact questions. He is a
act witness, and that is what he should be confined to.

    THE COURT:         Did you do the will, Mr. Smith?

    MR. SMITH:         No. I filed it for probate.

    THE COURT:         Okay.

    (The Mays confer.)

    THE COURT:         Were you in anyway involved in
he creation of the will?

    MR. SMITH:         No, sir. It was brought to my
ffice after the death of the testator.

    THE COURT:         And as I understand it — perhaps
'm going further than I should here — you apparently
alked with the Mays family about probating the will.

```
 1          MR. SMITH:           I did.  I advised them about the
 2   probate and told them at the time that I would file it
 3   for probate in Lee County, but if it reached the point
 4   where a caveat was filed, that I would have to withdraw
 5   because I didn't go to the courtroom anymore.  I quit
 6   trying cases about six or seven years ago.  And they
 7   understood that at the time that I agreed to file it for
 8   probate.
 9          THE COURT:           Okay.  And subsequent to your
10   agreeing to file it for probate, a caveat was filed?
11          MR. SMITH:           That's correct.
12          THE COURT:           And for the purpose of the jury,
13   a caveat is an objection to the filing of the will.  Or
14   do you want to better define that?  Is that sufficient?
15          MR. SMITH:           That is correct.  And I think I
16   did send them out to Mike Greene, and Mike Greene did
17   some work for them after the caveat was filed.
18          THE COURT:           Okay.
19          MR. SMITH:           And that's really all I know
20   about it.  Of course, I had known the Mays family for a
21   number of years, but I never had done any work for them.
22          THE COURT:           Did you talk with Ms. Mays —
23          MR. SMITH:           The testator?
24          THE COURT:           I'm sorry, Mrs. Houghton or Ms.
25   Mays — did you talk with her within the previous six
```

1  months prior to her passing?
2  MR. SMITH:           The testator?
3  THE COURT:           Yes, sir.
4  MR. SMITH:           No. No. I had not. I had not
5  talked to her.
6  THE COURT:           Did you have any —
7  MR. SMITH:           I had nothing to do with the
8  preparation of the will. It was brought to me after she
9  died.
10 THE COURT:           So you would have no knowledge
11 as to whether or not there was any influence, undue or
12 good or bad or wrong or right or anything as to the
13 making of the will, itself?
14 MR. SMITH:           No, I would not. The will
15 appeared on its face to be a will which was subject to
16 probate —
17 THE COURT:           Okay.
18 MR. SMITH:           — and I advised them to that
19 effect.
20 THE COURT:           But you know nothing of the
21 making of the will?
22 MR. SMITH:           Know nothing about it.
23 THE COURT:           Okay. I don't know if I'm
24 helping you too much there, Mr. Mays, but I thought those
25 were some questions — is there anything that you want to

56

1  ask Mr. Smith?

2  MR. JESSIE MAYS:    I want to ask him what — what —
3  well, he stated to me what he thought about the will, but
4  he couldn't get it passed.  It would have to go through
5  the court.

6  THE COURT:    He said it'd have to go to
7  court?

8  MR. JESSIE MAYS:    Well, he didn't exactly state
9  that, but — he didn't state that, but that's what —

10  THE COURT:    Uh-hunh (affirmative).  Well,
11  let's hear from him.  Are there any other questions you
12  want to ask Mr. Smith, because we've got him here.  Now
13  is the time to ask him.

14  MR. JESSIE MAYS:    I can't think of no questions
15  right now I want to ask him.

16  THE COURT:    Okay.  Mr. Harper, any —
17  MR. HARPER:    I have no questions of Mr.
18  Smith.  Thank you, sir.

19  THE COURT:    Okay.
20  NOTE:    (The Mays confer.)

21  THE COURT:    Do you want to consult with your
22  brother there?

23  MR. JESSIE MAYS:    Yeah.
24  NOTE:    (The Mays confer.)
25  MR. JESSIE MAYS:    Well, Lawyer Smith told me the

57

7

```
 1   will was —
 2       THE COURT:           Okay, now.  Wait — wait, now,
 3   Mr. Mays.  I know you're not a lawyer, but you can't tell
 4   me what he told you.  He's here.  You ask him.  Let him
 5   tell us, okay?
 6       MR. JESSIE MAYS:     Well, he — I'd like for him to
 7   tell you what he thought about the will, then.
 8       MR. SMITH:           The will appeared regular on its
 9   face.  Appeared to be in good order.  Had the witnesses
10   to it, like it should be, and it had — well, the will
11   will speak for itself, but it had a revocation clause in
12   it, which is normal in the preparation of a will.  If you
13   want that to be your last will, you would normally put a
14   revocation clause in it which would revoke all prior
15   wills — prior wills.
16       And I'm sure I told them all of that.  I can't
17   remember all the conversations I had with them, but I
18   gave them the correct directions in it.
19       THE COURT:           Okay.  Anything else?
20       MR. JESSIE MAYS:     That's about all I want to ask
21   him.
22       THE COURT:           Okay.  Anything else?  Any
23   reason I can't excuse Mr. Smith?
24       MR. HARPER:          No, sir.
25       THE COURT:           Okay.  All right.  Mr. Smith,
```

```
 1            thank you for your time and you're free to go.
 2                 MR. SMITH:              Thank you, Judge.
 3                 THE COURT:              Have a nice trip wherever you're
 4            going.  I hope it's the Georgia-Florida game.
 5                 MR. SMITH:              Well, we are on our way.
 6  NOTE:        (Mr. Smith excused.)
 7                 THE COURT:              Okay.  Mr. Mays, you may call
 8            your next witness.  Would you like to call another
 9            witness?
10  NOTE:        (The Mays confer.)
11                 BAILIFF:                Robert Mays?
12                 THE COURT:              I don't know.  I'm waiting to
13            hear from Mr. Jessie Mays.
14                 MR. JESSIE MAYS:        Well, I'd like to go ahead and
15            call Dr. Shirley —
16                 THE COURT:              You want to call Dr. Shirley?
17                 MR. JESSIE MAYS:        — in for one of the witnesses.
18            Yes.
19                 THE COURT:              Okay.  Now before we bring him
20            in, I understand he's confined to a wheelchair, is that
21            correct?
22                 UNIDENTIFIED:           Yes, sir.
23                 THE COURT:              Does the jury feel that they
24            would be able to hear him adequately if he was there on
25            the lower level?  Oh, we have — very good.
```

59