**Slander.** The speaking of base and defamatory words tending to prejudice another in his reputation, community standing, office, trade, business, or means of livelihood. Little Stores v. Isenberg, 26 Tenn.App. 357, 172 S.W.2d 13, 16. Oral defamation; the speaking of false and malicious words concerning another, whereby injury results to his reputation. Lloyd v. Commissioner of Internal Revenue, C.C.A.7, 55 F.2d 842, 844. The essential elements of slander are: (a) a false and defamatory statement concerning another; (b) an unprivileged communication to a third party; (c) fault amounting at least to negligence on the part of the publisher; and (d) either actionability of the statement irrespective of harm or the existence of special harm caused by the publication. Restatement, Second, Torts § 558.

"Libel" and "slander" are both methods of defamation; the former being expressed by print, writing, pictures, or signs; the latter by oral expressions or transitory gestures. See Restatement, Second, Torts, § 568.

PLANTIFF
Phone 229 874 6110



05 2116

FILED
OCT 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT