AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT HAYS
V.
W. EDWARD MEEKS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02116

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/28/2005

TO: (Name and address of Defendant)

W. EDWARD MEEKS
P.O. B. 720
LEESBURG, GA.
31763

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

ROBERT H. HAYS
357 HAYS ROAD
SMITHVILLE, GA.
31787

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 2 8 2005
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

C-2

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11-10-05 |
| NAME OF SERVER (PRINT)  Charles Knowles | TITLE  Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: W. Edward Meeks  
    L.J. Office -

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-10-05  
                Date            Signature of Server

Lee Co Sheriff's Dept  
Address of Server

**RECEIVED**

NOV 14 2005

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.