United States District Court
for the District of Columbia

Robert Mays
  Plaintiff        } Case Number 1:05 CV0 2116 CKK

  v.

W. Edwards Meeks
  Defendant

Motion that this honorable Court appoint me, the plaintiff, an attorney.

Due to lack of funds I request an attorney that will work for a percentage of whats recovered.

I cannot afford an attorney.

Sincerely,
Robert Mays

Phone 1-229 874 6110



Mr Robert Mays
357 Mays Rd
Smithville, GA 31787-2829

## Certificate of Service

I hereby certify that on the 17th day of November, 2005 a copy of my request for an attorney was mailed to defendant at the following address:

Attorney W. Edward Meeks
P.O. Box 720
Leesburg, GA 31763

Robert Mays


Mr Robert Mays
357 Mays Rd
Smithville, GA 31787-2829

Phone 1-229-874-6110