IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MAYS, | * |
| Plaintiff, | * |
| Vs. | * CV NUMBER: 1:05CV02116 |
| W. EDWARD MEEKS, JR., | * |
| Defendant, | * |

## ANSWER AND COUNTERCLAIM OF DEFENDANT

**COMES NOW**, W. EDWARD MEEKS, JR., Defendant in the above-styled action and files this his Answer and Counterclaim to Plaintiff's Complaint and shows the following:

### FIRST DEFENSE

Plaintiff's Complaint and each and every allegation thereof fails to state a claim against this Defendant upon which relief can lawfully be granted.

### SECOND DEFENSE

Defendant pleads the affirmative defense that the statements of the Defendant are privileged under the laws of the State of Georgia and there is no legal basis for slander.

### THIRD DEFENSE

Defendant pleads the affirmative defense of lack of jurisdiction, as this Court lacks both personal and subject matter jurisdiction.

### FOURTH DEFENSE

(Responsive Answer)

Subject to the above and foregoing affirmative defenses, the Defendant responds to the allegations as follows:

1.

Defendant denies the allegations contained in Plaintiff's Complaint, as there are no numbered paragraphs, and further denies that he has slandered the Plaintiff herein. Defendant further shows that any comments made during the course of a legal proceeding in the state of Georgia are privileged and not subject to laws of slander in the state of Georgia.

**2.**

Defendant would show that this cause of action has no basis in this Court as this Court lacks jurisdiction in this matter based upon the lack of both subject matter and personal jurisdiction.

**WHEREFORE,** Defendant having fully answered Plaintiff's Complaint, prays as follows:

(a) That the Court grant the Defendant's Motion to Dismiss;

(b) That the Court dismiss the Plaintiff's complaint based upon the grounds set forth herein;

(c) That the Defendant receive such other and further relief as the Court deems just and proper.

Respectfully submitted this 29th day of November, 2005.

BY: _____
W. EDWARD MEEKS, JR.
STATE BAR NUMBER 500850
ATTORNEY FOR DEFENDANT

Post Office Drawer 71525
Albany, Georgia 31708-1525
(229) 439-9234