IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MAYS, | * |
| Plaintiff, | * |
| vs. | * CV NUMBER: 1:05CV02116 CKK |
| W. EDWARD MEEKS, JR., | * |
| Defendant. | * |

**MOTION TO DISMISS**

**COMES NOW,** Defendant W. EDWARD MEEKS, JR., and files this his Motion to Dismiss and as grounds therefore would show as follows:

**1.**

The complaint herein was filed by Pro-Se Plaintiff Robert Mays, a resident of Smithville, Georgia located in Lee County Georgia.

**2.**

The Defendant herein is also a resident of Lee County, Georgia.

**3.**

This complaint fails to state a federal cause of action as it alleges slander against the Defendant regarding an ongoing civil suit in the Superior Court of Lee County Georgia wherein the parties are both residents of the state of Georgia, and thus this Court lacks both personal and subject matter jurisdiction.

**WHEREFORE,** the Defendant herein prays that this Court dismiss this matter for the reasons set forth herein.

Respectfully submitted this 30th day of November, 2005.

BY: _____
W. EDWARD MEEKS, JR.
STATE BAR NUMBER 500850
PRO-SE DEFENDANT

Post Office Drawer 720
Leesburg, Georgia 31763
(229) 759-9111

## CERTIFICATE OF SERVICE

This is to certify that I have this date served Pro-Se Defendant, Mr. Robert Mays, 357 Mays Road, Smithville, Georgia 31787, with a true and correct copy of the within and foregoing motion by depositing same in the United States Mail with adequate postage affixed thereon to insure delivery.

This 29th day of November, 2005.

BY: _____
W. EDWARD MEEKS, JR.
STATE BAR NUMBER 500850
PRO-SE DEFENDANT

Post Office Drawer 720
Leesburg, Georgia 31763
(229) 759-9111

## CERTIFICATE OF SERVICE

This is to certify that I have this date served Pro-Se Defendant, Mr. Robert Mays, 357 Mays Road, Smithville, Georgia 31787, with a true and correct copy of the within and foregoing Answer and Counterclaim of Defendant by depositing same in the United States Mail with adequate postage affixed thereon to insure delivery.

This 29th day of November, 2005.

BY: _____
W. EDWARD MEEKS, JR.
STATE BAR NUMBER 500850
ATTORNEY FOR DEFENDANT

Post Office Drawer 71525
Albany, Georgia 31708-1525
(229) 439-9234