In the United States District Court for the District of Columbia

Robert Mays
  Plaintiff,

vs.                                    CV Number: 1:05CV02116CKK

W. Edwards Meeks Jr.,
  Defendant.

Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.

It is my understanding that a Motion is before this Court to appoint the plaintiff an attorney.

I want an Attorney.

Please grant me enough time to get an attorney.

Respectfully submitted,

Robert Mays, Pro Se

Mr. Robert Mays
357 Mays Rd
Smithville, GA 31787-2629

Phone: 229 874 6110

Certificate of Service

This is to certify that on this 2nd day of December, 2005 I mailed by first class mail postage paid, a copy of Motion for extension of time to respond to defendant's Motion to Dismiss to:

W. Edwards Meeks, Jr., P.C.
Attorney at Law
143 Robert B Lee Drive
Post Office Drawer 720
Leesburg, Ga 31763

Robert Mays, Pro Se



Mr. Robert Mays
357 Mays Rd
Smithville, GA 31787-2829

Phone: 1-229 874 6110