United States District Court
for the District of Columbia

Robert Mays
    Plaintiff,

v.                                Civ Action No. 05-2116 CKK

W. Edward Meekey Jr,
    Defendant

Motion to Deny Defendant's Motion to Dismiss

The Defendants action in this matter caused <u>injury</u>

Also, I was a victim of <u>malpractice</u>

I need a lawyer but as of this date I have been unable to find one.

Respectfully submitted this 12th day of December 2005.

Robert Mays


Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787

Phone 229-874-6110

Certificate of Service

This is to certify that on this 12th day of December, 2005, I mail the defendant by first class mail, postage paid, a copy of Motion to deny defendant's Motion to Dismiss addressed To:

W. Edward Meeks Jr.
Post Office Drawer 720
Leesburg, Georgia 31763

Robert Mays



Mr. Robert Mays
357 Mays Rd
Smithville, GA 31787-2829