United States District Court
for the District of Columbia

Robert Mays, Pro se
    Plaintiff,

V                           Civ Action No. 05-2116 CKK

W. Edwards Meeks Jr.
    Defendant

## Addendum to Complaint

Comes now Robert Mays, the plaintiff, who wish to show this Honorable court that I am a victim of injury and malpractice.

The defendant falsely accused me of writing Mrs. Mays will. See page 14 of exibit C.

It appears to me the only defense the defendant offer is; he is above the law.

According to the news a president made a false statement, was fined $90,000.00 and can not practice law in his home state.

The defendant's statement caused me to be a victim of malpractice.

Due to limited funds I had to go Pro Se.

12/19/05    Express Mail # ED 085894085US

There is no doubt in my mind, "if I had $2,000,000.00 I could get a lawyer.

Wherefore, the premises considered, the plaintiff demands judgment against the defendant in the amount of two million dollars ($2,000,000.00).

Plaintiff demands trial by jury.

Respectfully submitted,

Robert Mays Pro se



Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787-2829

Phone 1-229 874 6110

Express Mail ED 085894 085 US