United States District Court
For The District of Columbia

Robert Mays, Pro se
   Plaintiff

  V.               Civil Action No. 05-2116CKK

W. Edwards Meeks Jr.
   Defendant

Response to Order Dated January 4, 2006

This is to advise the court that I am unable to find an attorney.

I decided to continue Pro se.

It is alleged that a president made a false statement and was fined $90,000.00 plus he cannot practice law in the state of Arkansas.

Is the defendant above the law?

Wherefore, the premises considered, the plaintiff demands judgment against the defendant in the amount of ~~Five~~ Hundred Thousand ($500,000.00).

Robert Mays, pro se

Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787-2829

Certificate of Service

I hereby certify that on this 16th day of February, 2006 I mailed a copy of Response to Order dated January 4, 2006 by first class mail, postage prepaid to:

Mr. W. Edwards Meeks, Jr.
P. O. Box 720
Leesburg, GA 31763

Robert Mays pro se

Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787-2829