UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

    Plaintiff,

    v.

W. EDWARD MEEKS, JR.,

    Defendant.

Civil Action No. 05-2116 (CKK)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 5th day of

April, 2006, hereby

**ORDERED** that [6] Defendant's Motion to Dismiss without prejudice is GRANTED.  It is

further

**ORDERED** that this case is closed.  This is a final, appealable Order.

**SO ORDERED**.

_/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge

**<u>Send Copies To:</u>**

ROBERT MAYS
357 Mays Road
Smithville, GA 31787
(229) 874-6110
PRO SE PLAINTIFF

W. EDWARD MEEKS
P.O. Box 71525
Albany, GA 31708-1525
(229) 439-9234
PRO SE DEFENDANT